Announced Wednesday, May 12.

38769. Oleksiw, appellant v. Weidener et al., appellees.

Matthias, Judge.

In a malpractice action, expert testimony may be elicited from a physician defendant called by plaintiff "as if under cross-examination," pursuant to Section 2317.07, Revised Code.

Judgment reversed.

Taft, C. J., Zimmerman, Herbert and Schneider, JJ., concur.

O'Neill and Brown, JJ., dissent.

Announced Wednesday, May 12.

38769. Michael Oleksiw, appellant v. Michael G. Weidener et al., appellees. Cuyahoga County. Appeal from the Court of Appeals. Judgment reversed. Taft, C. J., Zimmerman, Matthias, Herbert and Schneider, JJ., concur. O'Neill and Brown, JJ., dissent.

39317 and 39318. The State of Ohio, appellee v. Hart's Stores, Inc., appellant. Belmont County. Appeals from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert and Brown, JJ., concur.

39322. Richard R. Fair v. E. L. Maxwell, Warden. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39327. General Brown v. E. L. Maxwell, Warden. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J. Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39328. The State of Ohio, appellee v. Douglas Eugene Cobb, Jr., et al., appellants. Cuyahoga County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert and Brown, JJ., concur.

39347. The State of Ohio, appellee v. James Arthur Mills, appellant. Summit County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill and Schneider, JJ., concur.

39361. The State of Ohio, appellee v. James O. Phipps, appellant. Scioto County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Schneider and Brown, JJ., concur.

39312. Merritt W. Green et al., appellees v. Huntington National Bank, appellant. Franklin County.

39334. City of Akron, appellant v. Joseph Alexander et al., appellees. Summit County.

39291. Frank Leeb, appellant v. Pick-N-Pay Super Markets, Inc., appellee. Cuyahoga County.

39305. Nora Palmer, appellant v. Post 625, American Legion, appellee. Summit County.

39317 and 39318. The State of Ohio, appellee v. Hart's Stores, Inc., appellant. Belmont County.

39328. The State of Ohio, appellee v. Douglas Eugene Cobb, Jr., et al., appellants. Cuyahoga County.

39329. Arthur Beerman et al., appellants v. City of Dayton, appellee. Montgomery County.

39363. Edward Lorig, appellee v. Walter J. Preuhs, appellant. Cuyahoga County.

39364. Chester Kinser et al., appellants v. James L. Young, Admr., Bureau of Workmen's Compensation, et al., appellees. Cuyahoga County.

39380. James E. F. Russell, appellant v. William Allen Hinkle, appellee. Summit County.

39347. The State of Ohio, appellee v. James Arthur Mills, appellant. Summit County. For leave to appeal. Overruled.

39361. The State of Ohio, appellee v. James O. Phipps, appellant. Scioto County. For leave to appeal. Overruled.

39413. The State of Ohio, appellant v. Jack Flager, a.k.a. Jack Pflager, appellee. Seneca County. To dismiss appeal. Overruled.

38810. The Winters National Bank & Trust Co., Exr., appellee v. Sammie R. Riffe, appellee; Graf, appellant, et al. Montgomery County.

38920. The State, ex rel. Barbara Pomeroy, appellee v. Henry P. Webber, Judge, appellant. Lorain County.

39261. The State of Ohio, appellee v. Edward Keeling, appellant. Cuyahoga County.